UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENYATTA WRIGHT,** | : | CIV NO. 1:22-CV-215 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **C. GALLIK, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 16th day of February 2022, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1406(a) that this case is transferred to the United States District Court for the Western District of Pennsylvania for all further proceedings.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1